

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .46 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To   Suzanne Kramer

Street, Apt. No.; or PO Box No.   101 Stumbers

City, State, ZIP+ 4   San Antonio, Tx 782..

PS Form 3800, January 2001                    See Reverse for Instructions